**Opinion issued February 13, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00092-CV

————————————

## IN RE TAKASHA FRANCIS, Relator

———————————————————————————————————

## Original Proceeding on Petition for Writ of Mandamus

———————————————————————————————————

## MEMORANDUM OPINION

Relator, TaKasha Francis, filed a petition for writ of mandamus related to the underlying trial court case, filed by real party in interest, the Honorable Robert K. Schaffer, against real parties in interest, Mike Doyle, in his representative capacity as the Chair of the Harris County Democratic Party, and the Harris County Democratic Party.[1]

---

[1] The underlying case is *Robert K. Schaffer v. Mike Doyle, in his Representative Capacity as Chair of the Harris County Democratic Party, and the Harris County*

In connection with her mandamus petition, Francis also filed an "Emergency Motion for Temporary Relief and Stay." In her motion, Francis requested that the Court "stay[] the [February 8, 2024] trial setting so" the merits of her mandamus petition "may be considered" by this Court. However, on February 6, 2024, Francis filed an "Update on Relator's Request for Emergency Stay," notifying the Court of a February 5, 2024 trial court hearing in which the trial court granted Francis's request for emergency continuance of the February 8, 2024 trial setting. Accordingly, Francis stated that she was "withdraw[ing] her request for an Emergency Stay of the February 8, 2024 trial setting."

Our review of Francis's mandamus petition reflects that she has failed to establish that she is entitled to mandamus relief. *See Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992). Accordingly, we deny Francis's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We further deny as moot Francis's "Emergency Motion for Temporary Relief and Stay," and dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.

---

*Democratic Party*, Case No. 2024-02303, in the 269th District Court of Harris County, Texas, the Honorable Christi Kennedy, sitting by assignment, presiding.